**Order filed August 21, 2013, Withdrawn, Appeal Reinstated and Corrected Order filed October 28, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00678-CR**
**NO. 14-12-00679-CR**
_____

**MARVIN LEE WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1333900 and 1333901**

---

## ORDER

On August 21, 2013, this Court issued an order commanding Wilford A. Anderson to appear in person in the courtroom of the 14th Court of Appeals, on October 28, 2013, at 1:30 p.m. to show cause why he should not be held in contempt of court for failing to obey this court's order of July 2, 2013, ordering him to file a brief in this cause with the clerk of this court on or before August 1, 2013. On October 24, 2013, counsel filed a brief.

Our order of August 21, 2013, is withdrawn.  The appeal is reinstated.  The State's brief is due within 30 days of the date of this order.


PER CURIAM



Panel consists of Justices Boyce, Jamison, and Busby.